```
                                FILED
                            08 JUN -2 PM 1:45
                            RICHARD W. WIEKING
                            CLERK, U.S. DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
```

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WALTON, CHARLES
                        Plaintiff,

vs.                                              CASE NO. _____2590_____

CDCR et al.,                                     PRISONER'S
DIRECTOR OF CORRECTIONS                          APPLICATION TO PROCEED  SBA
W. GUASEWITZ ;                                   IN FORMA PAUPERIS
AVENAL SP et al., HARTLEY
                        Defendant.
                                                                        (PR)

I, CHARLES E. WALTON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___∅_____  Net: ___∅_____

Employer: ___N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___DON'T KNOW, CAN'T REMEMBER_____
5  _____N/A_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                    Yes ___ No ✓
10         self employment
11     b.   Income from stocks, bonds,                 Yes ___ No ✓
12         or royalties?
13     c.   Rent payments?                             Yes ___ No ✓
14     d.   Pensions, annuities, or                    Yes ___ No ✓
15         life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.   Are you married?                              Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ___ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ NA    Utilities: NA

Food: $ NA    Clothing: NA

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NA | $ NA | $ NA |
| | $ | $ |
| | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  NO
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  CV-07-05580-SBA, U.S. DIS. CRT., NOR. DIS OF
10 CA, OAKLAND DIV (I'M NOT SURE IF THATS THE CORRECT #)

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  5/12/08                                        5/28/08
17   DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

Case Number: CV-08-2345-SBA (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _CHARLES WALTON_ for the last six months
[prisoner name]
_Avenal State Prison_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _7.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _7.50_

Dated: _5-21-08_                _[signature]_
                                [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                              REPORT DATE: 05/21/08
                                                    PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           AVENAL STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: NOV. 01, 2007 THRU MAY  21, 2008

ACCOUNT NUMBER : F48589               BED/CELL NUMBER: 140 1 00000014U
ACCOUNT NAME   : WALTON, CHARLES EVERETT   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -------------  --------  ---------  --------   -----------   -------

11/01/2007    BEGINNING BALANCE                                              1.36

11/01 W516 LEGAL COPY CH 701907LECO                            1.36          0.00
      ACTIVITY FOR 2008
04/29*DD30 CASH DEPOSIT  704685/456              45.00                      45.00
05/01*W212 FEDERAL FILIN 4714/FFF                              8.87         36.13
05/09 W536 COPAY CHARGE  4843COPAY                             5.00         31.13
05/12 W512 LEGAL POSTAGE 704852LEPO                            0.41         30.72
05/12 W512 LEGAL POSTAGE 704852LEPO                            0.41         30.31
05/13 W512 LEGAL POSTAGE 704870LEPO                            0.41         29.90
05/13 W512 LEGAL POSTAGE 704881LEPO                            0.41         29.49
05/13 W512 LEGAL POSTAGE 4895/LEPO                             1.31         28.18
05/16 W512 LEGAL POSTAGE 704956LEPO                            1.17         27.01


                           CURRENT HOLDS IN EFFECT
    DATE     HOLD
   PLACED    CODE      DESCRIPTION         COMMENT       HOLD AMOUNT
 --------    ----    ---------------     ----------     -----------

 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.75
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           2.16
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.41
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.41
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.41
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.41
 02/25/2008  H109    LEGAL POSTAGE HOLD  703741LEPO           0.41
 04/17/2008  H109    LEGAL POSTAGE HOLD  704544LEPO           0.41


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06              CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                     FINE AMOUNT: $   2,708.78

   DATE      TRANS.   DESCRIPTION             TRANS. AMT.    BALANCE
  ------     ------   -----------             -----------    -------

11/01/2007   BEGINNING BALANCE                               2,491.78
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-21-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _[signature]_
TRUST OFFICE

```
REPORT ID: TS3030   .701                              REPORT DATE: 05/21/08
                                                      PAGE NO:        2
                          AVENAL STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 01, 2007 THRU MAY  21, 2008

ACCT: F48589      ACCT NAME: WALTON, CHARLES EVERETT       ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06                     CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                            FINE AMOUNT: $   2,708.78

   DATE    TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE
 --------  ------    ----------------------   -----------   -----------
 04/29/08  DR30      REST DED-CASH DEPOSIT        50.00-      2,441.78

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
  ----------- ------------- ------------- ------------ ----------- ---------------
       1.36        45.00        19.35        27.01        5.37          0.00
  ----------- ------------- ------------- ------------ ----------- ---------------

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                    --------------
                                                          21.64
                                                    --------------
```

