Charles Walton, F48589
Avenal SP
PO Box 8
Avenal, Ca 93204

July 13, 2008

**FILED**
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Civ. Action: CV-08-02590-SBA

Office of the Clerk
US Dis. Crt.
N. Dis. Ca., Oak. Div.
1301 Clay Str., Suite 400s
Oakland, Ca 94612-5212

Re: Status of Case

Respectable Clerk,

Please forward a case status summary or Docket Report at your earliest convinience.

Thank You for Your Time and Understanding

Sincerely,

CHARLES WALTON, F48589

```
049J82042606
$00.420
07/14/2008
Mailed From 93204
US POSTAGE
```

Charles Walton, F48589
Avenal SP, 320-16
PO Box 9
Avenal, Ca 93204

**AVENAL STATE PRISON**
LEGAL MAIL
JUL 14 2008
AVENAL STATE PRISON
MAIL ROOM

Confidential
Confidential

Legal Mail

Office of the Clerk
U.S. District Court
Northern District of Cal., Oak. Dv.
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212

Legal Mail



Legal Mail 7-13-08