IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | No. C 08-02590 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WILLIAM GAUSEWITZ, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at Avenal State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. Plaintiff's application for in forma pauperis is TERMINATED as moot.

  IT IS SO ORDERED.

DATED: 10/16/08

                  *Saundra B Armstrong*
                  SAUNDRA BROWN ARMSTRONG
                  United States District Judge

P:\PRO-SE\SBA\CR.08\Walton2590.Transfer.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON,

        Plaintiff,

v.

WILLIAM GAUSEWITZ et al,

        Defendant.

Case Number: CV08-02590 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Walton F48589
Salinas Valley State Prison
31625 Highway 101
Soledad, CA 93960

Dated: October 17, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Walton2590.Transfer.frm 2